JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROLAND PEACHIE, | ) | Case No. EDCV 19-1216-JPR |
| Plaintiff, | ) | **J U D G M E N T** |
| v. | ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Decision and Order Affirming Commissioner, it is hereby ADJUDGED THAT (1) Plaintiff's request for remand is DENIED; (2) the Commissioner's decision is AFFIRMED; and (3) this action is DISMISSED with prejudice.

DATED: May 20, 2020    _____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE